```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section                        JS-6
 5 │ P. GREG PARHAM
   │ California Bar No. 140310
 6 │ Special Assistant United States Attorney
   │ Asset Forfeiture Section
 7 │    Federal Courthouse, 14th Floor
   │    312 North Spring Street
 8 │    Los Angeles, California 90012
   │    Telephone:  (213) 894-0304
 9 │    Facsimile:   (213) 894-7177
   │    E-mail: Greg.Parham@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.  CV 07-7300 GAF(PLAx) |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $30,050.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| RAFIQ BASHIR, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

This action was filed on November 6, 2007.  Notice was given and published in accordance with law.  Claimant Rafiq Bashir ("claimant") filed a verified claim of interest on April 14, 2008.

No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $30,050.00 in U.S. currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $24,050.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $6,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Rafiq Bashir, and be returned in care of his attorney, Mark L. Miller. Said funds shall be forwarded by a check made payable in the amount of $6,000.00 to "Rafiq Bashir and Mark Miller, Attorney at Law," and shall be mailed to Mark L. Miller, Esq., 600 West Main

1     Street, Suite 300, Louisville, KY 40202.

2   5.   Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

  6.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 8, 2008

*/s/ Gary Feess/*

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

```
 1    **Approved as to form and content:**

 2    Dated:              , 2008      THOMAS P. O'BRIEN
                                      United States Attorney
 3                                    CHRISTINE C. EWELL
                                      Assistant United States Attorney
 4                                    Chief, Criminal Division
                                      STEVEN R. WELK
 5                                    Assistant United States Attorney
                                      Chief, Asset Forfeiture Section
 6
                                      _____
 7                                    P. GREG PARHAM
                                      Special Assistant United States Attorney
 8                                    Asset Forfeiture Section

 9                                    Attorneys for Plaintiff
                                      United States of America
10

11    Dated:              , 2008

12                                    _____
                                      MARK L. MILLER
13                                    Attorney for Claimant
                                      RAFIQ BASHIR
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

4